# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| THEODORE FLANAGAN, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 9:16-CV-00059-MHS |
| | § | |
| v. | § | |
| | § | |
| ROBIN LAGRONE, REALTEX HOUSING | § | |
| MANAGEMENT L.L.C, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This case was assigned to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters pursuant to General Order 05-07. The magistrate judge filed a report recommending that the court dismiss this case *sua sponte* pursuant to 28 U.S.C. § 1915(e). (Doc. No. 5.) No objections have been filed to the magistrate judge's report and recommendation, and the time for doing so has passed. Furthermore, the court's independent review confirms that the magistrate judge's analysis is correct.

It is, therefore, **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 5) is **ADOPTED** and this case is dismissed with prejudice. See Marts v. Hines, 117 F.3d 1504, 1505 (5th Cir. 1997) (en banc) (stating that dismissals of "frivolous" claims pursuant to 28 U.S.C. § 1915(e) generally operate as dismissals with prejudice). A final judgment will be entered separately.

**SIGNED this 3rd day of August, 2016.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE